# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

| | |
|---|---|
| MESH COMM, LLC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:09-cv-641-CRS-DW |
| | ) |
| v. | ) |
| | ) |
| E.ON U.S. LLC; LOUISVILLE GAS AND | ) |
| ELECTRIC COMPANY; AND TRILLIANT | ) |
| NETWORKS, INC., | ) |
| | ) |
| Defendants | ) |
| | ) |

## DECLARATION OF ELIZABETH BELDING, PHD., IN SUPPORT OF DEFENDANTS' OPENING CLAIM CONSTRUCTION BRIEF

I, Elizabeth Belding, Ph.D, submit the following declaration on behalf of E.ON U.S., LLC, Louisville Gas & Electric Company, and Trilliant Networks, Inc. (collectively, "Defendants"). All opinions and facts stated herein are true and correct to the best of my knowledge. I reserve the right to modify or supplement this disclosure if more information is made available to me.

1.      I am a Professor in the Department of Computer Science at the University of California, Santa Barbara (UCSB). I have been employed by UCSB as a professor since January 2001. I have been at my current rank, Full Professor, since July 2009. I am also currently the Vice Chair of the Computer Science Department at UCSB, and have served in this capacity since July 2009. I am currently the dissertation advisor of six Ph.D. students within the Computer Science Department. All six of those students perform research on wireless networking. To date, I have supervised or co-supervised the dissertation research of eight Ph.D. students and 12 master's students. I have taught both undergraduate and graduate courses on networking, advanced networking, and mobile computing.

2.      My graduate education was in the Department of Electrical and Computer Engineering (ECE) at the University of California, Santa Barbara. My work focused on routing protocols in ad hoc wireless networks. I earned my MS in ECE in December 1997, and my Ph.D. in ECE in December 2000.

3.      My research focus is on wireless and mobile networking, specifically supporting multimedia-based applications, monitoring the performance of deployed wireless networks, and developing wireless network solutions for developing regions around the world. My work focuses on both mesh networks and on wireless local area networks. My early work, including my Ph.D. dissertation research, focused on routing protocols in ad hoc networks. I have spent the past 13 years researching wireless networks, mesh networks, and developing networking protocols for use in wireless mesh networks. Between 1997 and 1999 I, along with other researchers, developed a wireless mesh networking protocol called the Ad hoc On Demand Distance Vector ("AODV") routing protocol. AODV is designed to discover routes within a

2

4.      My work over the past eight years includes developing a number of solutions that better support voice and video applications in wireless mesh networks.  I have also done a number of studies of wireless network performance, including studying the performance of a mesh network my research group deployed at UCSB, and studying the performance of the production wireless network deployed at the periodic IETF meetings held worldwide.  Through these studies we have learned of a number of ways that wireless network protocols under-perform, and we have proposed a number of new solutions to improve performance.

5.      My most recent work focuses on developing wireless technology for under-developed and developing regions.  We are working to develop novel communications solutions, which include the use of mesh networks, to bring technology across rural landscapes to remote villages.

6.      Specifically, with respect to wireless mesh networks, my current research focuses on channel access solutions (similar to, but different from, IEEE 802.11) that improve network performance.  The solutions include improving performance in congested networks and eliminating unnecessary handoffs between access points.  I am also working to develop energy efficient channel access solutions that select data rate and channel width based on application requirements and interference patterns.  The idea is to minimize transmission time to minimize energy consumption, as this is a desirable characteristic in remote regions with unreliable power sources.

7.      The details of my work experience and education are summarized in my curriculum vitae ("CV"), attached as Exhibit A, which also contains a current list of my publications.

8.      I am being compensated for my time as an expert witness for the Defendants in this litigation at a rate of $350 an hour.  The compensation that I receive is not dependent in any way on the outcome of the case.

9.      In the past four years I have not testified as an expert witness in any patent litigation actions.

10.     My opinion, provided in this declaration, is based on my education, professional career, and relevant experience, as well as U.S. Patent No. 7,379,981 (the "'981 patent") and its file history.

11.     The technology disclosed the '981 patent generally relates to wireless networking, and to a particular type of wireless network known as an "ad hoc" network.  The basic idea behind ad hoc networks is that they are self-organizing, a concept which is described in more detail below.  "Mesh networks" is a new term developed since the filing of the patent to refer to particular types of ad hoc networks.  The primary difference today between a mesh network and an ad hoc network is that mesh networks generally have stationary nodes forming a network backbone; mobile nodes can connect directly to the stationary nodes.  An ad hoc network, today, typically means a network where every node has the capability of movement.

12.     In traditional computer networks, the network design is pre-planned and every computer or device connected to the network is configured with instructions describing how it should connect to the network and what the gateway is between the local network and an external network, such as the Internet.  A "gateway" is the term generally used to refer to a device that acts as a bridge between two networks.

13.     Pre-planned networks work fine for hardwired computer networks, in which the network does not change rapidly, or at all, over time.  Wireless computer networks, on the other hand, can change rapidly as devices are turned on or off, and as devices move from one location to another.  In these types of rapidly changing situations, it is an advantage to have the network be self-organizing so that no pre-configuration is necessary and so that devices can quickly join a

14.     The rapidly changing nature of ad hoc networks and the inherent unreliability of wireless communications mean that ad hoc networks have unique problems that are not often seen in traditionally designed hardwired networks. For example, wireless link qualities change on both small and large timescales, leading to difficulty in predicting link and path performance. Traditional routing path metrics, such as hop count (the number of links in a path), that are used in wired networks do not perform well in wireless ad hoc networks because of unpredictable link qualities. A variety of new metrics have been developed that better predict the performance of wireless paths. Furthermore, links between neighboring sets of devices can cause interference. Channel assignment protocols can be carefully used to assign channels to individual links once the interference patterns between nodes are known. The mobility of end devices implies that mobile users have to be tracked within the ad hoc network, and the path from the gateway to the end device can frequently change. Ad hoc network protocols must be carefully designed to avoid these problems.

15.     Computer scientists have been working on designing ad hoc networks since the late 1960s. One of the very first attempts in the late 1960s and 1970s was called the ALOHA network that was designed to connect computers in Hawaii over primitive wireless computer connections. In the 1980s a group of researchers built an ad hoc network called the "DARPA Packet Radio Network" in California that allowed computers to wirelessly connect to the ARPANET, an early version of what we know today as the Internet.

16.     A significant portion of the '981 patent describes a particular type of wireless network known as a Bluetooth™ network. Bluetooth™ is the trademark for a collection of wireless technologies first developed by Ericsson in the mid 1990s. Bluetooth™ technology is used in applications such as wireless computer mice and in hands-free headsets for cellular phones. The '981 patent describes the way in which Bluetooth™ operates and at least some of the concepts in the patent seem to be designed to overcome limitations in Bluetooth™ networks.

17.     I am available to give a general tutorial of the technology involved in this case, if requested by the Court, and to give additional background information and details of both the technology described in the '981 patent as well the general field of ad hoc networking.

18.     In my opinion, the appropriate standard for one of ordinary skill in the art with regard to the '981 patent at the time it was filed would be either an individual with a graduate degree in Computer Science or Electrical Engineering with research experience in wireless and/or ad hoc networking technology, or an individual with an undergraduate degree in Computer Science or Electrical Engineering and at least four years work experience in wireless and/or ad hoc networking.

19.     In my opinion, based on my experience, the term "network cluster" does not have a known and readily understood meaning in the fields of computer science or computer networking. One of ordinary skill in the art would look to the claim language and specification of the '981 patent to understand how the term is used in the claims of the '981 patent. In the context of the '981 patent, the term "network cluster" means at least two independent networks without shared nodes.

20.     The term "self-configuring," as generally used by those in the computer science and computer networking fields, refers to something that is able to configure itself without outside intervention. There is nothing in the '981 patent or the file history of the '981 patent that would lead one of ordinary skill in the art to understand the term any differently. One of ordinary skill in the art would understand that this term is used in the claims of the '981 patent to mean joining a network and establishing communications connections without outside intervention.

21.     The closely related term "self-configuration process," as generally used by those in the computer science and computer networking fields, refers to a configuration process that takes place without outside intervention. There is nothing in the '981 patent or the file history of the '981 patent that would lead one of ordinary skill in the art to understand the term any differently.  One of ordinary skill in the art would understand that this term is used in the claims of the '981 patent to mean the process of joining a network and establishing communications connections without outside intervention.

22.     In my opinion, based on my experience, the term "virtual node" does not have a known and readily understood meaning in the fields of computer science or computer networking.  One of ordinary skill in the art would look to the claim language and specification of the '981 patent to understand how the term is used in the claims of the '981 patent.  In the context of the '981 patent, the term "virtual node" means individually addressable devices enabled for wireless communication.  Furthermore, the phrase "logical point in a computer network" does not have a known and readily understood meaning in the fields of computer science or computer networking.  Defining a "virtual node" as a "logical point in a computer network" does not help to explain what a "virtual node" is or how a "virtual node" operates.  On the other hand, "device" is a term that has a known and readily understood meaning in the fields of computer science and computer networking.

23.     The term "communications connection" is generally known and understood in the fields of computer science and computer networking to indicate a direct network link, as opposed to an indirect network link in which there may be intervening devices or connections.  One of ordinary skill in the art would understand that this term is used in the claims of the '981 patent to describe a direct wireless link, such as direct wireless link between two virtual nodes.

24.     The term "routing table" is a term known in the field of computer networking, but it is a term with a very broad meaning that includes a large number of data structures.  One of ordinary skill in the art would look to the claim language and specification of the '981 patent to understand how the term is used in the '981 patent, and would understand the term "routing

25.    The term "polling procedure," as generally used by those in the computer science and computer networking fields, refers to a sequential process used by one device to request information from a number of other devices.  There is nothing in the '981 patent or the file history of the '981 patent that would lead one of ordinary skill in the art to understand the term any differently.  One of ordinary skill of art in computer networking, reading the claims and the specification of the '981 patent, would understand the term "polling procedure" to describe the process used by a virtual node to determine if a network is intact.

26.    The term "messaging information" has a known and readily understood meaning in the fields of computer science or computer networking.  This term is used in the claims of the '981 patent in a way that is consistent with its ordinary meaning to a person of ordinary skill in the art.

27.    The term "module" is a term known in the field of computer networking, but as with the term "routing table" discussed above, this term can have different meanings in different contexts.  For example, in the hardware context, a "module" could refer to a computer chip or a collection of chips mounted on a circuit board.  In the software context, "module" could refer to an individual source code file or a collection of related source code files.  A "module" could also refer to a device, such as a radio transmitter or receiver, that is a combination hardware and software.  Furthermore, a "module" could be a stand-alone product or it could be a product that needs to be incorporated into a larger device in order to operate.  One of ordinary skill in the art would look to the claim language and specification of the '981 patent to understand how the term is used in the claims of the '981 patent, and would understand the term "module" to describe a component of the virtual network operations entity.

28.    The term "external network" has a known and readily understood meaning in the fields of computer science or computer networking.  This term is used in the claims of the '981 patent in a way that is consistent with its ordinary meaning to a person of ordinary skill in the art.

8

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 4 day of Sept. 2010, at Santa Barbara, California.

**Elizabeth Belding, Ph.D.**

EXHIBIT A

# Elizabeth M. Belding

Professor
Department of Computer Science
University of California
Santa Barbara, CA 93106

Email: ebelding@cs.ucsb.edu
URL: http://www.cs.ucsb.edu/~ebelding
Phone: (805) 729-2287
Fax: (805) 893-8553

## RESEARCH INTERESTS

- Wireless Networks
- Monitoring and Measurement
- Network Adaptability
- Mobile Network Deployment
- Multimedia Support
- White Spaces Networking
- Bridging the Digital Divide
- Energy Efficiency

## EDUCATION

**Ph.D.**, Electrical & Computer Engineering                                                     October 2000
University of California, Santa Barbara
Emphasis: Computer Engineering
Dissertation Title: *Routing in Ad hoc Mobile Networks: On-Demand and Hierarchical Strategies*

**M.S.**, Electrical & Computer Engineering                                                    December 1997
University of California, Santa Barbara
GPA: 3.92/4.0

**B.S.**, Computer Science                                                                           April 1996
**B.S.**, Applied Mathematics
Florida State University
Summa Cum Laude, with Honors
GPA: 3.92/4.0

## EMPLOYMENT

**Vice Chair**                                                                               July 2009–present
Department of Computer Science, University of California, Santa Barbara

**Professor**                                                                                July 2009–present
Department of Computer Science, University of California, Santa Barbara

**Associate Professor**                                                                   July 2005–June 2009
Department of Computer Science, University of California, Santa Barbara

**Assistant Professor**                                                               November 2000–June 2005
Department of Computer Science, University of California, Santa Barbara

## HONORS AND AWARDS

**ACM Senior Member**, 2010.

**Keynote Speaker**, ACoRN MultiHop Wireless Networking Workshop, Sydney, Australia, 2009.

**Best Paper Award**, Proceedings of the Passive and Active Measurements (PAM) Conference, 2007.

**IEEE Senior Member**, 2006.

**Keynote Speaker**, 4th International IEEE Workshop on Wireless Local Networks, 2004.

**NSF Career Award**, Mobile Network Support for Collaborative Environments, 2004.

**Technology Review's TR 100: Top 100 World Young Investigators**, MIT Technology Review Magazine, 2002.

**Excellent Paper**, 5th International Symposium on Wireless Personal Multimedia Communications (WPMC), 2002.

**UCSB Junior Faculty Research Incentive Award**, UCSB, 2001.

**National Science Foundation Graduate Fellowship**, 1997-2000.

**University of California Doctoral Scholar Fellowship**, 1996-2000.

## PUBLICATIONS

### 2010

- **MARS: Link Layer Rate Selection for Multicast Transmissions in Wireless Mesh Networks.**
  Prashanth Acharya and Elizabeth Belding.
  To appear in *Elsevier Ad hoc Networks Journal*, 2010.
- **Unwanted Link Layer Traffic in Large IEEE 802.11 Wireless Networks.**
  Ramya Raghavendra, Elizabeth Belding, Konstantina Papagiannaki and Kevin Almeroth.
  *IEEE Transactions on Mobile Computing Journal*, 9(9), pp. 1212–1225, September 2010.
- **Rate Adaptation in Congestion Wireless Networks through Real-time Measurements.**
  Prashanth Acharya, Ashish Sharma, Elizabeth Belding, Konstantina Papagiannaki and Kevin Almeroth.
  To appear in *IEEE Transactions on Mobile Computing Journal*, 2010.
- **Energy Efficient Communication in Next Generation Rural-Area Wireless Networks.**
  Veljko Pejovic and Elizabeth Belding.
  *ACM SIGMOBILE Workshop on Cognitive Wireless Networking (CoRoNet)*, Chicago, Illinois, September 2010.
- **Internet Usage and Performance Analysis of a Rural Wireless Network in Macha, Zambia.**
  David L. Johnson, Elizabeth Belding, Kevin Almeroth and Gertjan van Stam.
  *ACM Networked Systems for Developing Regions (NSDR) Workshop*, San Francisco, CA, June 2010.
- **Characterizing High Bandwidth Real-Time Video Traffic in Residential Broadband Networks.**
  Ramya Raghavendra and Elizabeth Belding.
  *International Workshop on Wireless Measurements (WinMee)*, Avignon, France, May 2010.

### 2009

- **Green WLANs: On-Demand WLAN Infrastructures.**
  Amit Jardosh, Konstantina Papagiannaki, Elizabeth M. Belding, Kevin C. Almeroth, Gianluca Iannaccone and Bapi Vinnakota.
  *Mobile Networks and Applications (MONET) Journal special issue on Recent Advances in IEEE 802.11 WLANs*, 14(6), December 2009.
- **Cool-Tether: Energy Efficient On-the-fly WiFi Hot-spots using Mobile Phones.**
  Ashish Sharma, Vishnu Navda, Ramachandran Ramjee, Venkat Padmanabhan and Elizabeth M. Belding.
  *ACM CoNext*, Rome, Italy, December 2009.
- **Blockage and Directivity in 60GHz Wireless Personal Area Networks: From Cross-Layer Model to Multihop MAC Design.**
  Sumit Singh, Federico Ziliotto, Upamanyu Madhow, Elizabeth M. Belding and Mark J. Rodwell.
  *Journal on Selected Areas in Communications special issue on Wireless Personal Area Networks*, 27(8), pp. 1400–1413, October 2009.
- **On the Implications of Routing Metric Staleness in Delay Tolerant Networks.**
  Mike P. Wittie, Khaled A. Harras, Kevin C. Almeroth, and Elizabeth M. Belding.
  *Computer Communications Journal special issue of Delay and Disruption Tolerant Networking*, 32(16), pp. 1685–1780, October 2009.
- **An Energy-Flow Model for Self-Powered Routers and its Application for Energy-Aware Routing.**
  Veljko Pejovic, Elizabeth M. Belding and Mahesh Marina.
  *Networked Systems for Developing Regions (NSDR) Workshop*, Big Sky, Montana, October 2009.
- **Cell-Share: Opportunistic Use of Cellular Uplink to Augment Rural WiFi Mesh Networks.**
  Ashish Sharma, Elizabeth M. Belding and Charles E. Perkins.
  *VTC Fall '09*, Anchorage, AK, September 2009.
- **Linear Representation of Network Traffic with Special Application to Wireless Workload Generation.**
  Stefan Karpinski, Elizabeth M. Belding, John Gilbert, and Kevin Almeroth.
  *Mobile Networks and Applications (MONET) Journal*, 14(4), pp. 368–386, August 2009.
- **Internet Service in Developing Regions through Network Coding.**
  Mike P. Wittie, Kevin C. Almeroth, Elizabeth M. Belding, Ivica Rimac and Volker Hilt.
  *IEEE SECON*, Rome, Italy, June 2009.
- **A Case for Application Aware Channel Access in Wireless Networks.**
  Ashish Sharma and Elizabeth M. Belding.
  *Proceedings of ACM HotMobile*, Santa Cruz, CA, February 2009.

**2008**

- **A Multi-Radio 802.11 Mesh Network Architecture.**
  Krishna Ramachandran, Irfan Sheriff, Elizabeth M. Belding and Kevin Almeroth.
  *Mobile Networks and Applications (MONET) Journal*, 13, pp. 132–146, 2008.

- **A Game-Theoretic Analysis of Wireless Access Point Selection by Mobile Users.**
  Kimaya Mittal, Elizabeth M. Belding and Subhash Suri.
  *Computer Communications Journal*, 31(10), pp. 2049-2062, 2008.

- **FreeMAC: Framework for Multi-Channel MAC Development on 802.11 Hardware.**
  Ashish Sharma and Elizabeth M. Belding.
  *Proceedings of the Workshop on Programmable Routers for Extensible Services of Tomorrow (PRESTO)*, Seattle, WA, August 2008.

- **Traffic-Driven Dynamic Spectrum Auctions.**
  Xia Zhou, Shravan Mettu, Heather Zheng and Elizabeth M. Belding.
  *Proceedings of the 3rd IEEE Workshop on Networking Technologies for Software Defined Radio (SDR) Networks*, San Francisco, CA, June 2008.

- **Congestion-Aware Rate Adaptation in Wireless Networks: A Measurement-Driven Approach.**
  Prashanth Aravinda Kumar Acharya, Ashish Sharma, Elizabeth M. Belding, Kevin C. Almeroth and Konstantina Papagiannaki.
  *Proceedings of IEEE SECON*, San Francisco, CA, June 2008. **Nominated for Best Paper Award.**

- **Measurement-Driven Admission Control on Wireless Backhaul Networks.**
  Irfan Sheriff, Prashanth Aravinda Kumar Acharya and Elizabeth M. Belding.
  *Computer Communications Journal*, 31(7), pp. 1354-1371, 2008.

- **Antler: A Multi-Tiered Approach to Automated Wireless Network Management.**
  Ramya Raghavendra, Prashanth Aravinda Kumar Acharya, Elizabeth M. Belding and Kevin Almeroth.
  *Proceedings of the IEEE Automated Network Management Workshop*, Phoenix, AZ, April 2008.

- **SCUBA: Focus and Context for Real-time Mesh Network Health Diagnosis.**
  Amit P. Jardosh, Panuakdet Suwannatat, Tobias Hollerer, Elizabeth M. Belding and Kevin Almeroth.
  *Proceedings of the Passive and Active Measurement Conference (PAM)*, Cleveland, OH, April 2008.

- **Malware in IEEE 802.11 Wireless Networks.**
  Brett Stone-Gross, Christo Wilson, Kevin Almeroth, Elizabeth M. Belding, Heather Zheng and Konstantina Papagiannaki.
  *Proceedings of the Passive and Active Measurement Conference (PAM)*, Cleveland, OH, April 2008.

- **Beyond Proportional Fairness: A Resource Biasing Framework for Shaping Throughput Profiles in Multihop Wireless Networks.**
  Sumit Singh, Upamanyu Madhow and Elizabeth M. Belding.
  *Proceedings of IEEE Infocom, Minisymposium*, Phoenix, AZ, April 2008.

**2007**

- **Resource Estimation on Wireless Backhaul Networks.**
  Irfan Sheriff, Prashanth Aravinda Kumar Acharya and Elizabeth M. Belding.
  *Proceedings of the ICST Wireless Internet Conference (WICON)*, Austin, TX, October 2007.

- **Unwanted Link Layer Traffic in Large IEEE 802.11 Wireless Networks.**
  Ramya Raghavendra, Elizabeth M. Belding, Konstantina Papagiannaki and Kevin C. Almeroth.
  *Proceedings of the Internet Measurement Conference (IMC)*, San Diego, CA, October 2007.

- **Perceptive Admission Control for Wireless Network Quality of Service.**
  Ian D. Chakeres and Elizabeth M. Belding-Royer.
  *Ad hoc Networks Journal*, 5(7), pp. 1129-1148, 2007.

- **Wireless Traffic: The Failure of CBR Modeling.**
  Stefan Karpinski, Elizabeth M. Belding and Kevin C. Almeroth.
  *Proceedings of IEEE Broadnets*, Raleigh, NC, September 2007.

- **MIST: Cellular Data Network Measurement for Mobile Applications.**
  Mike P. Wittie, Brett Stone-Gross, Kevin C. Almeroth and Elizabeth M. Belding.
  *Proceedings of IEEE Broadnets*, Raleigh, NC, September 2007.

- **Real-Time Traffic Support in Heterogeneous Mobile Networks.**
  Yuan Sun, Elizabeth M. Belding-Royer, Xia Gao and James Kempf.
  *Wireless Networks (WINET)*, 13, pp. 431-445, 2007.

- **Sticky CSMA/CA: Implicit Synchronization and Real-time QoS in Mesh Networks.**
  Sumit Singh, Prashanth Acharya, Upamanyu Madhow and Elizabeth M. Belding.
  *Ad hoc Networks Journal*, 5(6), August 2007.

- **Millimeter Wave WPAN: Cross-Layer Modeling and Multihop Architecture.**
  Sumit Singh, Frederico Ziliotto, Upamanyu Madhow, Elizabeth M. Belding and Mark Rodwell.
  *Proceedings of IEEE Infocom Minisymposium*, Anchorage, AL, May 2007.

- **Towards Realistic Models of Wireless Workload.**
  Stefan Karpinski, Elizabeth M. Belding and Kevin Almeroth.
  *Proceedings of the 3rd International Workshop on Wireless Network Measurement (WiNMee)*, Limassol, Cyprus, April 2007.

- **Routing Stability in Static Wireless Mesh Networks.**
  Krishna Ramachandran, Irfan Sheriff, Elizabeth M. Belding and Kevin Almeroth.
  *Proceedings of Passive and Active Measurement (PAM) Conference*, Louvain-la-neuve, Belgium, April 2007. **Best Paper Award.**

- **ParaNets: A Parallel Network Architecture for Challenged Networks.**
  Khaled Harras, Mike Wittie, Kevin Almeroth and Elizabeth M. Belding.
  *Proceedings of HotMobile*, Phoenix, AZ, February 2007.

- **Integrated Data Location in Multihop Wireless Networks.**
  Irfan Sheriff, Prashanth Acharya, Ashwin Sampath, Ben Zhao and Elizabeth M. Belding.
  *Proceedings of IEEE/Create-Net/ICST COMSWARE*, Bangalore, India, January 2007.

## 2006

- **IPAC: IP-based Adaptive Packet Concatenation for Multihop Wireless Networks.**
  Ramya Raghavendra, Amit P. Jardosh, Elizabeth M. Belding and Haitao Zheng.
  *Proceedings of Asilomar Conference on Signals, Systems and Computers*, Pacific Grove, Ca, October 2006.

- **Multipath Selection in Multi-Radio Mesh Networks.**
  Irfan Sheriff and Elizabeth M. Belding-Royer.
  *Proceedings of IEEE Broadnets*, San Jose, Ca, October 2006.

- **RTSS/CTSS: Mitigation of Exposed Terminals in Static 802.11-based Mesh Networks.**
  Kimaya Mittal and Elizabeth M. Belding.
  *Proceedings of WiMesh*, Reston, VA, September 2006.

- **IQU: Practical Queue-based User Association Management for WLANs.**
  Amit Jardosh, Kimaya Mittal Krishna N. Ramachandran, Elizabeth M. Belding and Kevin Almeroth.
  *Proceedings of ACM MobiCom*, Marina del Rey, CA, September 2006.

- **Effect of Payload Length Variation and Retransmission on Multimedia in WLANs.**
  Sayantan Choudhury, Irfan Sheriff, Jerry Gibson and Elizabeth M. Belding-Royer.
  *Proceedings of the International Wireless Communications and Mobile Computing Conference (IWCMC)*, Vancouver, Canada, July 2006.

- **Experiences from the Design, Deployment and Usage of the UCSB MeshNet Testbed.**
  Henrik Lundgren, Krishna Ramachandran, Elizabeth M. Belding-Royer, Kevin C. Almeroth, Michael Benny, Andrew Hewatt, Alex Touma and Amit Jardosh.
  *IEEE Wireless Communications Magazine*, 13(2), pp. 18-29, April 2006.

- **Interference-Aware Channel Assignment in Multi-Radio Wireless Mesh Networks.**
  Krishna N. Ramachandran, Elizabeth M. Belding-Royer, Kevin C. Almeroth and Milind M. Buddhikot.
  *Proceedings of Infocom 2006*, Barcelona, Spain, April 2006.

- **The Utility of Perceptive Communication between Distant Wireless Nodes.**
  Kimaya Sanzgiri, Ian D. Chakeres and Elizabeth M. Belding-Royer.
  *Proceedings of TridentCom 2006*, Barcelona, Spain, March 2006.

- **Pre-Reply Probe and Route Request Tail: Approaches for Calculation of Intra-Flow Contention in Multihop Wireless Networks.**
  Kimaya Sanzgiri, Ian D. Chakeres and Elizabeth M. Belding-Royer.
  *Mobile Networks and Applications (MONET) Journal*, 11(1), pp. 21-35, February 2006.

**2005**

- **Understanding Congestion in IEEE 802.11b Wireless Networks.**
  Amit P. Jardosh, Krishna N. Ramachandran, Kevin C. Almeroth and Elizabeth M. Belding-Royer.
  *Proceedings of the Internet Measurement Conference*, Berkeley, CA, October 2005.

- **On the Design and Implementation of Infrastructure Mesh Networks.**
  Krishna Ramachandran, Milind M. Buddhikot, Girish Chandranmenon, Scott Miller, Elizabeth Belding-Royer and Kevin Almeroth.
  *Proceedings of WiMesh 2005*, Santa Clara, CA, October 2005.

- **Understanding Link-Layer Behavior in Highly Congested IEEE 802.11b Wireless Networks.**
  Amit P. Jardosh, Krishna N. Ramachandran, Kevin C. Almeroth and Elizabeth M. Belding-Royer.
  *Proceedings of E-WIND*, Philadelphia, PA, August 2005.

- **An Experimental Study of Multimedia Traffic Performance in Mesh Networks.**
  Yuan Sun, Irfan Sheriff, Elizabeth M. Belding-Royer and Kevin C. Almeroth.
  *Proceedings of WitMeMo*, Seattle, WA, June 2005.

- **Multi-Path Admission Control for Mobile Ad hoc Networks.**
  Anders Lindgren and Elizabeth M. Belding-Royer.
  *Proceedings of Mobiquitous 2005*, San Diego, CA, July 2005.

- **Delay Tolerant Mobile Networks (DTMNs): Controlled Flooding in Sparse Mobile Networks.**
  Khaled A. Harras, Kevin C. Almeroth and Elizabeth M. Belding-Royer.
  *Proceedings of Networking 2005*, Waterloo, Canada, May 2005.

- **A Framework for the Management of Large-Scale Wireless Network Testbeds.**
  Krishna Ramachandran, Kevin Almeroth and Elizabeth M. Belding-Royer.
  *Proceedings of the 1st Workshop on Wireless Network Measurements (WinMee)*, Trentino, Italy, April 2005.

- **Allowing Bit Errors in Speech over Wireless LANs.**
  Ian Chakeres, Hui Dong, Elizabeth Belding-Royer, Allen Gersho and Jerry Gibson.
  *Elsevier Computer Communication Journal*, 28, pp. 1643-1657, March 2005.

- **AODV Implementation Design and Performance Evaluation.**
  Ian D. Chakeres and Elizabeth M. Belding-Royer.
  *International Journal of Wireless and Mobile Computing*, 2(3) 2005.

- **An Authenticated Routing Protocol for Secure Ad hoc Networks.**
  Kimaya Sanzgiri, Daniel LaFlamme, Bridget Dahill, Brian Levine, Clay Shields and Elizabeth M. Belding-Royer.
  *Journal on Selected Areas in Communications special issue on Wireless Ad hoc Networks*, 23(3), pp. 598–610, March 2005.

- **Real-World Environment Models for Mobile Network Evaluation.**
  Amit Jardosh, Elizabeth M. Belding-Royer, Kevin C. Almeroth and Subhash Suri.
  *Journal on Selected Areas in Communications special issue on Wireless Ad hoc Networks*, 23(3), pp. 622-632, March 2005.

**2004**

- **An Intrusion Detection Tool for AODV-based Ad hoc Wireless Networks.**
  Sumit Gwalani, Kavitha Srinivasan, Giovanni Vigna, Elizabeth M. Belding-Royer and Richard Kemmerer.
  *Proceedings of the Annual Computer Security Applications Conference*, Tucson, AZ, December 2004.

- **DAMON: A Distributed Architecture for Monitoring Multi-hop Mobile Networks.**
  Krishna Ramachandran, Elizabeth M. Belding-Royer and Kevin Almeroth.
  *Proceedings of the 1st IEEE International Conference on Sensor and Ad hoc Communications and Networks (SECON)*, Santa Clara, CA, October 2004.

- **Model-based Resource Prediction for Multi-hop Wireless Networks.**
  Yuan Sun, Xia Gao, Elizabeth M. Belding-Royer and James Kempf.
  *Proceedings of the 1st IEEE International Conference on Mobile Ad hoc and Sensor Systems (MASS)*, Ft. Lauderdale, FL, October 2004. **Nominated for Best Paper Award.**

- **PAC: Perceptive Admission Control for Mobile Wireless Networks**.
  Ian D. Chakeres and Elizabeth M. Belding-Royer.
  *Proceedings of the 1st IEEE International Conference on Quality of Service in Heterogeneous Wired/Wireless Networks (QShine)*, Dallas, TX, October 2004.
- **Determining Intra-Flow Contention along Multihop Paths in Wireless Networks**.
  Kimaya Sanzgiri, Ian D. Chakeres and Elizabeth M. Belding-Royer.
  *Proceedings of the 1st IEEE International Conference on Broadband Networks (BroadNets)*, San Jose, CA, October 2004.
- **Real-Time Traffic Support in Large-Scale Mobile Ad hoc Networks**.
  Yuan Sun, Elizabeth M. Belding-Royer, Xia Gao and James Kempf.
  *Proceedings of the 1st International Workshop on Broadband Wireless Multimedia (BroadWiM)*, San Jose, CA, October 2004.
- **A Scalable Framework for Wireless Network Monitoring**.
  Camden Ho, Krishna Ramachandran, Kevin Almeroth and Elizabeth M. Belding-Royer.
  *Proceedings of the 2nd ACM International Workshop on Wireless Mobile Applications and Services on WLAN Hotspots*, Philadelphia, PA, September 2004.
- **Transparent Influence of Path Selection in Heterogeneous Ad hoc Networks**.
  Ian D. Chakeres and Elizabeth M. Belding-Royer.
  *Proceedings of the 15th IEEE International Symposium on Personal, Indoor and Mobile Radio Communications (PIMRC)*, Barcelona, Spain, September 2004.
- **Leveraging Mobility to Improve Quality of Service in Mobile Networks**.
  Kimaya Sanzgiri and Elizabeth M. Belding-Royer.
  *Proceedings of the 1st Annual International Conference on Mobile and Ubiquitous Systems (Mobiquitous)*, Boston, MA, August 2004.
- **Allowing Errors in Speech over Wireless LANs**.
  Ian D. Chakeres, Hui Dong, Elizabeth M. Belding-Royer, Allen Gersho and Jerry Gibson.
  *Proceedings of the 4th Workshop on Applications and Services in Wireless Networks (ASWN)*, Boston, MA, August 2004.
- **Dynamically Adaptive Multipath Routing based on AODV**.
  Perumal Sambasivam, Ashwin Murthy and Elizabeth M. Belding-Royer.
  *Proceedings of the 3rd Annual Mediterranean Ad hoc Networking Workshop (MedHocNet)*, Bodrum, Turkey, June 2004.
- **Address Aggregation in Mobile Ad hoc Networks**.
  Christopher Shiflet, Elizabeth M. Belding-Royer and Charles E. Perkins.
  *Proceedings of the IEEE International Conference on Communications (ICC)*, Paris, France, June 2004.
- **Scalable Service Discovery in Mobile Ad hoc Networks**.
  Uday Mohan, Kevin C. Almeroth and Elizabeth M. Belding-Royer.
  *Proceedings of IFIP Networking 2004*, Athens, Greece, May 2004.
- **A Lightweight Content Replication Scheme for Mobile Ad hoc Pull-based Information Dissemination Environments**.
  Vineet Thanedar, Kevin C. Almeroth and Elizabeth M. Belding-Royer.
  *Proceedings of IFIP Networking 2004*, Athens, Greece, May 2004.
- **A Study of Dynamic Addressing Techniques in Mobile Ad hoc Networks**.
  Yuan Sun and Elizabeth M. Belding-Royer.
  *Wireless Communications & Mobile Computing Journal*, 4, pp. 315–329, April 2004.
- **Selective Bit-Error Checking at the MAC Layer for Voice Over Mobile Ad hoc Networks with IEEE 802.11**.
  Hui Dong, Ian D. Chakeres, Allen Gersho, Elizabeth M. Belding-Royer and Jerry D. Gibson.
  *Proceedings of the IEEE Wireless Communications and Networking Conference (WCNC)*, Atlanta, GA, March 2004.
- **Escape from the Computer Lab: Education in Mobile Wireless Networks**.
  Elizabeth M. Belding-Royer.
  *Proceedings of the Workshop on Pervasive Computing Education (PerEd)*, Orlando, FL, pp. 231-235, March 2004.
- **AODV Routing Protocol Implementation Design**.
  Ian D. Chakeres and Elizabeth M. Belding-Royer.
  *Proceedings of the International Workshop on Wireless Ad hoc Networking (WWAN)*, Tokyo, Japan, pp. 698–703, March 2004.
- **Overview of Routing Approaches in Ad hoc Networks**.
  Elizabeth M. Belding-Royer.
  *Mobile Ad hoc Networking*, edited by Stefano Basagni, Marco Conti, Silvia Giordano, and Ivan Stojmenovic, IEEE/Wiley Publishers, 2004.

**2003**

- **The AD-MIX Protocol for Encouraging Participation in Mobile Ad hoc Networks.**
  Swaminathan Sundaramurthy and Elizabeth M. Belding-Royer.
  *Proceedings of the International Conference on Network Protocols (ICNP)*, Atlanta, GA, pp. 156–167, November 2003.

- **Speech Coding for Mobile Ad hoc Networks.**
  Hui Dong, Ian D. Chakeres, C.-H. Lin, Allen Gersho, Elizabeth M. Belding-Royer, U. Madhow and Jerry Gibson.
  *Proceedings of the Asilomar Conference on Signals, Systems, and Computers*, Pacific Grove, CA, November 2003.

- **Towards Realistic Mobility Models for Mobile Ad hoc Networks.**
  Amit Jardosh, Elizabeth M. Belding-Royer, Kevin C. Almeroth and Subhash Suri.
  *Proceedings of the 9th ACM/IEEE International Conference on Mobile Computing and Networking (MobiCom)*, San Diego, CA, pp. 217–229, September 2003.

- **Multi-Level Hierarchies for Scalable Ad hoc Routing.**
  Elizabeth M. Belding-Royer.
  *ACM WINET special issue on Mobile Ad hoc Networks*, 9(5), pp. 461–478, September 2003.

- **Evolution and Future Directions of the Ad hoc On-Demand Distance Vector Routing Protocol.**
  Elizabeth M. Belding-Royer and Charles E. Perkins.
  *Ad hoc Networks Journal*, 1(1), pp. 125–150, July 2003.

- **Ad hoc On-Demand Distance Vector (AODV) Routing.**
  Charles E. Perkins, Elizabeth M. Royer, and Samir R. Das.
  *Experimental RFC 3561*, July 2003.

- **Application-Oriented Routing in Hybrid Wireless Networks.**
  Yuan Sun and Elizabeth M. Belding-Royer.
  *Proceedings of the International Conference on Communications (ICC)*, Anchorage, AL, May 2003.

- **AODV-PA: AODV with Path Accumulation.**
  Sumit Gwalani, Elizabeth M. Belding-Royer, and Charles E. Perkins.
  *Proceedings of the International Conference on Communications (ICC)*, Anchorage, AL, May 2003.

- **Scalability Study of the Ad hoc On-Demand Distance Vector Routing Protocol.**
  Sung-Ju Lee, Elizabeth M. Belding-Royer, and Charles E. Perkins.
  *International Journal of Network Management*, 13(2), pp. 97–114, March/April 2003.


**2002**

- **Transmission Range Effects on AODV Multicast Communication.**
  Elizabeth M. Royer and Charles E. Perkins.
  *ACM Mobile Networks and Applications special issue on Multipoint Communication in Wireless Mobile Networks*, 7(6), pp. 455–470, December 2002.

- **A Secure Routing Protocol for Ad hoc Networks.**
  Kimaya Sanzgiri, Bridget Dahill, Brian N. Levine, Clay Shields, and Elizabeth M. Belding-Royer.
  *Proceedings of the 10th International Conference on Network Protocols (ICNP)*, Paris, France, November 2002.

- **The Utility of Hello Messages for Determining Link Connectivity.**
  Ian D. Chakeres and Elizabeth M. Belding-Royer.
  *Proceedings of the 5th International Symposium on Wireless Personal Multimedia Communications (WPMC)*, Honolulu, HI, October 2002. **Excellent paper award.**

- **Hierarchical Routing in Ad hoc Mobile Networks.**
  Elizabeth M. Belding-Royer.
  *Wireless Communication & Mobile Computing special issue on Ad hoc Networking*, 2(5), pp. 515–532, August 2002.

- **Internet Connectivity for Ad hoc Mobile Networks.**
  Yuan Sun, Elizabeth M. Belding-Royer, and Charles E. Perkins.
  *International Journal of Wireless Information Networks special issue on Mobile Ad hoc Networks*, 9(2), pp. 75–88, April 2002.

**2001**

- **An Analysis of the Optimum Node Density for Ad hoc Mobile Networks.**
  Elizabeth M. Royer, P. Michael Melliar-Smith, and Louise E. Moser.
  *Proceedings of the International Conference on Communications (ICC)*, Helsinki, Finland, June 2001.

- **Performance Comparison of Two On-demand Routing Protocols for Ad hoc Networks.**
  Charles E. Perkins, Elizabeth M. Royer, Samir R. Das, and Mahesh K. Marina.
  *IEEE Personal Communications Magazine special issue on Ad hoc Networking*, February 2001, pp. 16-28.

**2000**

- **The Effects of MAC Protocols on Ad hoc Network Communications.**
  Elizabeth M. Royer, Sung-Ju Lee, and Charles E. Perkins.
  *Proceedings of the IEEE Wireless Communications and Networking Conference*, Chicago, IL, September 2000.

- **An Implementation Study of the AODV Routing Protocol.**
  Elizabeth M. Royer and Charles E. Perkins.
  *Proceedings of the IEEE Wireless Communications and Networking Conference*, Chicago, IL, September 2000.

- **Performance Comparison of Two On-demand Routing Protocols for Ad hoc Networks.**
  Samir R. Das, Charles E. Perkins, and Elizabeth M. Royer.
  *Proceedings of the IEEE Conference on Computer Communications (INFOCOM)*, Tel Aviv, Israel, March 2000, pp. 3–12.

- **Ad hoc On-Demand Distance Vector Routing.**
  Charles E. Perkins and Elizabeth M. Royer.
  *Ad hoc Networks*, edited by Charles E. Perkins, Addison-Wesley Publishers, 2000, pp.173–219.

**1999**

- **Multicast Operation of the Ad hoc On-Demand Distance Vector Routing Protocol.**
  Elizabeth M. Royer and Charles E. Perkins.
  *Proceedings of the 5th ACM/IEEE International Conference on Mobile Computing and Networking (MobiCom)*, Seattle, WA, August 1999, pp. 207–218.

- **A Review of Current Routing Protocols for Ad hoc Mobile Wireless Networks.**
  Elizabeth M. Royer and C.-K. Toh.
  *IEEE Personal Communications Magazine*, April 1999, pp.46-55.

- **Ad hoc On-Demand Distance Vector Routing.**
  Charles E. Perkins and Elizabeth M. Royer.
  *Proceedings of the 2nd IEEE Workshop on Mobile Computing Systems and Applications (WMCSA)*, New Orleans, LA, February 1999, pp. 90-100.

**SOFTWARE TOOLS**

- *SCUBA: Focus and Context for Real-time Mesh Network Health Diagnosis*: Network visualization tool that visualizes multiple metrics representative of mesh network performance. Available at http://moment.cs.ucsb.edu/conan/scuba/

- *Data sets from the IETF Wireless Networks*: Collected data sets from the 62nd IETF meeting, held in Minneapolis, MN in March 2005, that give insight into the performance and operation of the deployed wireless LAN. Available at http://moment.cs.ucsb.edu/conan/

- *AODV-Spanning Tree (AODV-ST)*: Linux client software for the AODV-ST routing protocol. This package has built-in support for spanning tree creation, the ETX routing metric, and tunneling to gateways. Available at http://moment.cs.ucsb.edu/~krishna/aodv-st/

- *DAMON: A Distributed Architecture for Monitoring Multi-hop Mobile Networks*: Windows and Linux client software for monitoring the performance of multi-hop mobile networks. Available at http://moment.cs.ucsb.edu/damon/

- *AODV@IETF Peer Routing Software*: Windows and Linux client software for ad hoc networking of mobile nodes. Available at http://moment.cs.ucsb.edu/aodv-ietf/

- *Obstacle Mobility Model*: Simulation model for the Glomosim and NS-2 simulators that enables the placement of obstacles in a network terrain. After the placement of the obstacles, a set of pathways is generated using a Voronoi computation. The obstacles restrict user movement and degrade signal quality. This is based on our MobiCom 2003 publication. Available at http://moment.cs.ucsb.edu/mobility

- *AODV Glomosim Module*: Simulation model of the AODV routing protocol for the Glomosim network simulator. This module is compliant with version 11 of the AODV Internet Draft. Available at http://moment.cs.ucsb.edu/aodv

- *AODV Linux Implementation*: Linux implementation of the AODV routing protocol. This software was interoperability tested with three other AODV implementations and is commonly referred to as AODV-UCSB. Available at http://moment.cs.ucsb.edu/aodv

**INVITED TECHNICAL PRESENTATIONS**

**Selected Invited Talks (2005-present)**

- "GrowMesh: Organic Growth Mesh Networks for Developing Regions," *ACoRN Multihop Wireless Networking Workshop*, July 2009.

- "Wireless Network Health: An Adaptation a Day Keeps the System Administrator Away," *University of South Australia*, June 2009.

- "Wireless Network Health: An Adaptation a Day Keeps the System Administrator Away," *Duke University*, April 2008.

- "Wireless Network Health: An Adaptation a Day Keeps the System Administrator Away," *University of North Carolina*, April 2008.

- "Wireless Network Health: An Adaptation a Day Keeps the System Administrator Away," *North Carolina State University*, April 2008.

- "Wireless Network Health: An Adaptation a Day Keeps the System Administrator Away," *University of Oregon*, April 2008.

- "Understanding Congestion and Flash Crowds in WLANs," *University of Canterbury*, February 2007.

- "Understanding Congestion and Flash Crowds in WLANs," *Intel Research Cambridge*, July 2006.

- "Understanding Congestion and Flash Crowds in WLANs," *Lancaster University*, July 2006.

- "Monitoring and Analysis of Mesh Network Deployments," *Mesh Networking Forum*, October 2005.

- "On Quality of Service Support in Mesh Networks," *University of British Columbia*, May 2005.

- "On Quality of Service Support in Mesh Networks," *Portland State University*, May 2005.

**Invited Panels**

- "Is Random Access Fundamentally Inefficient?," *USC Workshop on Theory and Practice in Wireless Networks*, Los Angeles, CA, May 2008.

- "Future Directions for Ad hoc Networks," *Swedish Workshop on Wireless Ad hoc Networks*, Stockholm, Sweden, March 2001.

- "Future Challenges in Pervasive Computing," *Workshop on Pervasive Computing*, held in conjunction with the 29th *International Conference on Parallel Processing (ICPP)*, Toronto, Canada, August 2000.

## PROFESSIONAL ACTIVITIES

### Editorship

- **Guest Editor**, Wireless Networks Journal, Selected papers from MobiCom 2005, 13(6), December 2007.
- **Editorial Board Member**, IEEE Transaction on Mobile Computing, 2005 - 2007.
- **Editorial Board Member**, Mobile Computing and Communications Review (MC2R), 2004.
- **Editorial Board Member**, Ad hoc Networks Journal, Elsevier Science, 2002 - 2005.

### Selected Technical Program Committees

- **ACM International Conference on Mobile Computing and Networking (MobiCom)**, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009.
- **International Conference on Mobile Systems, Applications and Services (MobiSys)**, 2005, 2007, 2010.
- **ACM DEV: First Annual Symposium on Computing for Development**, 2010.
- **IEEE Conference on Computer Communications (INFOCOM)**, 2004, 2005, 2006, 2007, 2008, 2011.
- **ACM Annual Symposium on Mobile Ad hoc Networking and Computing (MobiHoc)**, 2001, 2002, 2003, 2004, 2005, 2006, 2007.
- **Annual IEEE Communications Society Conference on Sensor, Mesh and Ad hoc Communications and Networks (SECON)**, 2004, 2005, 2006, 2007.
- 8th **International Conference on Ubiquitous Computing (UbiComp)**, 2006.

### Selected Conference Leadership (2005-present)

- **Steering Committee Member**, ACM Workshop on Networked Systems for Developing Regions (NSDR), 2009-present.
- **TPC Co-Chair and Co-founder**, ACM Wireless Networks and Systems for Developing Regions (WiNS-DR), San Francisco, CA, September 2008.
- **TPC Area Chair**, 27th IEEE Conference on Computer Communications (INFOCOM), Phoenix, AZ, April 2008.
- **Program Co-Chair**, 8th ACM Annual Symposium on Mobile Ad hoc Networking & Computing (MobiHoc), Montreal, Canada, September 2007.
- **Local Arrangements Chair**, 14th IEEE International Conference on Network Protocols (ICNP), Santa Barbara, CA, November 2006.
- **Workshops Chair**, 3rd IEEE International Conference on Mobile Ad hoc and Sensor Systems (MASS), Vancouver, Canada, October 2006.
- **Program Co-Chair**, 2nd Annual IEEE Communications Society Conference on Sensor and Ad hoc Communications and Networks (SECON), San Jose, CA, October 2005.
- **Program Co-Chair**, 11th ACM International Conference on Mobile Computing and Networking (Mobicom), Cologne, Germany, August-September 2005.

### Other Appointments

- **Member**, NSF Global Environment for Networking Innovations (GENI) Wireless Working Group (WWG), 2006-07.

## PROFESSIONAL AFFILIATIONS

Senior Member, Association for Computing Machinery (ACM)

Member, ACM SIGMOBILE

Member, ACM SIGCOMM

Senior Member, Institute of Electrical and Electronic Engineers (IEEE)

Member, IEEE Communications Society

**ADVISING**

**Ph.D. Students**

David Johnson, started Fall 2008

Stefan Karpinski, started Fall 2002

Veljko Pejovic, started Fall 2006

Ramya Raghavendra, started Fall 2005

Ashish Sharma, started Fall 2005

Mike Wittie (co-advisee), started Fall 2005

Mariya Zheleva, started Fall 2009

Prashanth Acharya, Dissertation title: *Towards Measurement-driven Application Support in Wireless Mesh Networks*, graduated Summer 2009

Ian Chakeres, Dissertation title: *Multimedia Support in Wireless Multihop Networks*, graduated Summer 2005

Amit Jardosh (co-advisee), Dissertation title: *Adaptive Large-scale Wireless Networks: Measurements, Protocol Designs and Simulation Studies*, graduated Fall 2008

Kimaya Mittal, Dissertation title: *Towards Ubiquitous Multihop Wireless Networks: Addressing Capacity and Security Challenges* , graduated Fall 2006

Krishna Ramachandran (co-advisee), Dissertation title: *Design, Deployment and Management of High-capacity Large-scale Wireless Networks*, graduated Fall 2006

Irfan Sheriff, Dissertation title: *Resource Estimation and Control in Wireless Networks*, graduated Summer 2008

Sumit Singh (co-advisee), Dissertation title: *Medium Access Control and Bandwidth Allocation in Millimeter-Wave and WiFi Networks*, graduated Fall 2009

Yuan Sun, Dissertation title: *Towards Adaptive, Robust and Self-organizing Multi-hop Wireless Networks*, graduated Summer 2005